MEISTER SEELIG & FEIN LLP
Two Grand Central Tower
140 East 45th St., 19th Fl.
New York, NY 10017
(212) 655-3579
CHRISTOPHER J. MAJOR

*Counsel for Robinson & Cole LLP, Defendant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| THELEN LLP, | : | Case No. 09-15631 (ALG) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| YANN GERON, as Chapter 7 Trustee of Thelen LLP, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 11-02662 (ALG) |
| | : | |
| -against- | : | |
| | : | |
| ROBINSON & COLE LLP and PARTNER DOES, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW THE REFERENCE TO BANKRUPTCY COURT

RELIEF IS SOUGHT from a United States District Judge of the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendant Robinson & Cole LLP in the above-referenced adversary pleading will move the United States District Court for the Southern District of new York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at such time as is designated by the Court, for an Order pursuant to 28 U.S.C. §

157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure withdrawing the reference

of the above-referenced adversary proceeding to the United States Bankruptcy Court of the

Southern District of New York.

Pursuant to Local Rule 5011-1 of the Local Rules of the United States Bankruptcy Court

for the Southern District of New York, Defendant Robinson & Cole LLP submit this motion to

the Clerk of the Court of the United States Bankruptcy Court for the Southern District of New

York.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the Local

Rules of the Southern District of New York, any answering memoranda shall be served within

fourteen (14) days after service of the moving papers, and reply memoranda shall be served

within seven (7) days after service of the answering papers.

Dated:  December 5, 2011                        Respectfully submitted,
      New York, New York

         /s/ Christopher J. Major
        MEISTER SEELIG & FEIN LLP
        Two Grand Central Tower
        140 East 45th St., 19th Floor
        New York, New York 10017
        (212) 655-3579
        Email:  cjm@msf-law.com

5178-001 Doc#13

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused the above Notice of Motion to be filed

with the Southern District of New York Bankruptcy Court and served on all counsel of record

via the Court's ECF system:

Dated: December 5, 2011                                    /s/ Christopher J. Major
                                                                  Christopher J. Major

5178-001 Doc#13